## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| SEAWAY BANK AND TRUST COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Case No.  1:17-cv-00976 |
| 7722-7724 S. CORNELL CONDOMINIUM | ) | |
| ASSOCIATION, T.H.E. MANAGEMENT, | ) | |
| INC., and SAMUEL LEWIS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| 7722-7724 S. CORNELL CONDOMINUIM | ) | |
| ASSOCIATION, | ) | |
| | ) | |
| Counter-Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| FEDERAL DEPOSIT INSURANCE | ) | |
| CORPORATION, AS RECEIVER FOR | ) | |
| SEAWAY BANK AND TRUST COMPANY, | ) | |
| | ) | |
| Counter-Defendant. | ) | |

### THE FEDERAL DEPOSIT INSURANCE CORPORATION,
### AS RECEIVER FOR SEAWAY BANK AND TRUST
### COMPANY'S, MOTION TO EXTEND THE STAY OF PROCEEDINGS

The FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR

SEAWAY BANK AND TRUST COMPANY ("FDIC-R"), by and through its attorney Ronald

Austin, Jr., moves this Honorable Court to extend the stay of proceedings in this matter.  In

support of this motion, the FDIC-R states as follows:

1.      On February 6, 2017, the FDIC-R filed a Notice of Removal before this Court

pursuant to 12 U.S.C. §1819(b)(2(B) and 28 U.S.C. §1331.

2.      On February 7, 2017, the FDIC-R filed a motion to stay these proceedings for 90

days pursuant to 12 U.S.C. §1821(d)(12)(A).

3.      On February 15, 2017, this Court granted the FDIC-R's motion and entered an Order staying these proceedings until May 15, 2017.  A true and correct copy of the court order entered on February 15, 2017 is attached as Exhibit A.

4.      On or about May 3, 2017, Counter-Plaintiff 7722-7724 S. Cornell Condominium Association (the "Association") filed its proof of claim with the FDIC-R seeking to recover funds allegedly owed to it by Seaway Bank and Trust Company in this matter.

5.      The FDIC-R is required by statute to determine whether to allow or disallow the Association's claim within 180 days of receiving it.  Section 11(d)(5)(A)(i) of the Federal Deposit Insurance Act provides, in relevant part, that:

> Before the end of the 180-day period beginning on the date of any claim against a depository institution is filed with the Corporation as receiver, the Corporation shall determine whether to allow or disallow the claim and shall notify the claimant of any determination with respect to such claim.

6.      Because the Association filed a proof of claim with the FDIC-R, the FDIC-R seeks to extend the stay of proceedings until November 3, 2017, so that it can evaluate the Association's claim.

WHEREFORE, the Federal Deposit Insurance Corporation, as Receiver for Seaway Bank and Trust Company, respectfully requests that this Court grant its Motion to Extend the Stay of the Proceedings through November 3, 2017.

Dated: May 17, 2017

Respectfully submitted,

FEDERAL DEPOSIT INSURANCE
CORPORATION, AS RECEIVER FOR SEAWAY
BANK AND TRUST COMPANY


By: /s/ Ronald Austin, Jr.
      Ronald Austin, Jr.


Ronald Austin, Jr.
Maurice L. Gue
GRANT LAW, LLC
230 West Monroe Street, Suite 240
Chicago, Illinois 60606
(312) 551-0111
raustin@grantlawllc.com
mgue@grantlawllc.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 17, 2017, he electronically filed the foregoing:

**The Federal Deposit Insurance Corporation, As Receiver for Seaway Bank and Trust Company's, Motion to Extend the Stay of Proceedings**, with the Court, a copy of which will be served on all counsel via the Court's CM/ECF System.

/s/ Ronald Austin, Jr.
Ronald Austin, Jr.


Ronald Austin, Jr.
Maurice L. Gue
GRANT LAW, LLC
230 West Monroe Street, Suite 240
Chicago, Illinois 60606
(312) 551-0111
raustin@grantlawllc.com
mgue@grantlawllc.com