IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SEAWAY BANK AND TRUST COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>7722-7724 S. CORNELL CONDOMINIUM )<br>ASSOCIATION, T.H.E. MANAGEMENT, )<br>INC., and SAMUEL LEWIS, )<br>)<br>Defendants. )<br>_____)<br>)<br>7722-7724 S. CORNELL CONDOMINIUM )<br>ASSOCIATION, )<br>)<br>Counter-Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL DEPOSIT INSURANCE )<br>CORPORATION, AS RECEIVER FOR )<br>SEAWAY BANK AND TRUST COMPANY, )<br>)<br>Counter-Defendant. ) | Case No. 1-17-CV-00976<br><br>The Honorable Joan H. Lefkow |

ORDER

Pursuant to the motion by Plaintiff Seaway Bank and Trust Company and the Federal Deposit Insurance Corporation, as Receiver for Seaway Bank and Trust Company (collectively, "Plaintiffs"), the Court dismisses this case with prejudice against Defendants T.H.E. Management, Inc. and Samuel Lewis (collectively, the

1

"T.H.E. Management Defendants"). Plaintiffs and the T.H.E. Management Defendants will bear their own costs. Pursuant to agreement by all parties, the Court expressly finds that the T.H.E. Management Defendants preserve their right to maintain any cause of action against Defendant and Counter-Plaintiff 7722-7724 S. Cornell Condominium Association (the "Association"), which includes (but is not limited to), any cause of action for contractual indemnification (and associated attorney fees and costs) against the Association. Any such claims will not be subject to any *res judicata* or other claim preclusion-based defense.

ENTERED:

Dated: May 30, 2017.    _____
                        Judge Joan Humphrey Lefkow