# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Seaway Bank and Trust Company

                Plaintiff,

v.                               Case No.: 1:17−cv−00976
                                 Honorable Joan H. Lefkow

7722−7724 S. Cornell Condominium Association, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 7, 2017:

      MINUTE entry before the Honorable Joan H. Lefkow:Status hearing held on 11/7/2017 and continued to 11/21/2017 at 11:00 AM. If parties file a stipulation of dismissal prior to 11/21/2017, the status will be stricken. If no stipulation of dismissal is filed, parties should come to court on 11/21/2017 with an agreed proposed scheduling order.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.