# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

Seaway Bank and Trust Company

                                                                Plaintiff,

v.                                                                           Case No.: 1:17–cv–00976

                                                                          Honorable Joan H. Lefkow

7722–7724 S. Cornell Condominium Association, et al.

                                                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 21, 2017:

      MINUTE entry before the Honorable Joan H. Lefkow:Status hearing held on 11/21/2017. Case dismissed without prejudice with leave to reinstate on or before 12/21/2017. In the event a motion to reinstate is not filed on or before 12/21/2017, the case shall be deemed dismissed with prejudice without further order of court. Civil case terminated. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.